UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

DEBTOR(S):
SHAWN RAY DAY
TONYA WILKINS DAY

CASE NO: 11-11224

HEARING ON: JULY 30, 2014

APPEARANCES: DEBTOR(S): ✓ Present _____ Absent
DEBTOR(S) COUNSEL: Alexander
CREDITOR(S) COUNSEL: _____

**FILED AUG -6 2014**
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

**ORDER**

( ) IT IS ORDERED that Confirmation of the Chapter 13 Plan be GRANTED / DENIED / CONTINUED _____

(✓) IT IS ORDERED that the Debtor(s) is/are granted __30__ days from date of this order to: *pay current; OR pay all sums received on payroll deductions not disbursed and file a "4 corner" amended plan; OR*
_____ pay the Chapter 13 Trustee $_____, AND/OR
_____ File and notice an amended plan and pay pursuant to that amended plan; or
✓ voluntarily dismiss this Chapter 13 Case;
✓ convert this Chapter 13 Case to a Chapter 7 Case; OR
_____ trustee to review and submit confirmation order or notify counsel of unresolved issues and attempt to resolve.
If foregoing is not possible, request to reset on court's docket.

**FAILURE TO TAKE THE ABOVE DIRECTED ACTION(S) AND THIS CASE WILL BE DISMISSED WITHOUT FURTHER HEARING UPON THE FILING OF AN EX-PARTE MOTION BY THE STANDING TRUSTEE. SUCH DISMISSAL WILL INCLUDE A FINDING UNDER 11 U.S.C. §109(g), WHICH WILL PROHIBIT DEBTOR(S) FROM FILING ANY TYPE OF BANKRUPTCY AGAIN FOR SIX (6) MONTHS.**

( ) IT IS ORDERED that the above captioned Chapter 13 Case is hereby CONVERTED to a Chapter 7 Case.

( ) IT IS ORDERED that the above captioned case is hereby DISMISSED:
_____ with a finding under 11 U.S.C. §109 for failure to prosecute and/or pay (will prohibit Debtor(s) from filing any type of bankruptcy again for six (6) months).
_____ without a finding under 11 U.S.C. §109 (no filing prohibition).

( ) IT IS ORDERED that the Motion to Lift Stay filed by _____ is hereby
GRANTED AS PRAYED FOR / DENIED / WITHDRAWN WITH PREJUDICE / WITHOUT PREJUDICE.

( ) IT IS ORDERED that the Motion _____ filed by _____ is hereby GRANTED
AS PRAYED FOR / DENIED / WITHDRAWN WITH PREJUDICE / WITHOUT PREJUDICE.

( ) IT IS ORDERED that the Objection _____ filed by _____ is hereby GRANTED
AS PRAYED FOR / DENIED / WITHDRAWN WITH PREJUDICE / WITHOUT PREJUDICE.

( ) IT IS ORDERED that Legal Fees of the Debtor(s) counsel are hereby APPROVED:
_____ in the amount of $_____,
_____ as prayed for.

( ) IT IS ORDERED that if the Debtor(s) fail to make any future payments to _____ and go beyond _____ days of the date they are due, _____ may submit an affidavit of default with an ex-parte motion to:
_____ have the above captioned case dismissed.
_____ have the stay lifted.

(✓) IT IS ORDERED that: *This case is REINSTATED, and the prior 30 day drop dead provision is rescinded.*

DATE OF THIS ORDER: JULY 30, 2014

/s/ Stephen V. Callaway

STEPHEN V. CALLAWAY, JUDGE
U.S. BANKRUPTCY COURT